IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON WOODS, # 149299, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>DR. SIDDIQ, *et al.*, )<br>  )<br>    Defendants. ) | CASE NO. 2:04-CV-1221-WKW<br>(WO) |

# **ORDER**

On May 17, 2006, the Magistrate Judge filed a Recommendation (Doc. # 30) that this case be dismissed with prejudice. The Plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 30) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of June, 2006.

                                          /s/   W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE