IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON WOODS, 149299 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:04-CV-1221-WKW- |
| ) | (WO) |
| DR. SIDDIQ, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the Defendants and against the Plaintiff;

2. Costs are taxed against the Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE the 14th of June, 2006.

       /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE